Jesse James JETER, Plaintiff—
Appellant,

v.

PALMETTO HEALTH, d/b/a Palmetto
Health Internal Medicine Center,
Defendant—Appellee.

No. 11–1852.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 13, 2011.

Decided: Oct. 17, 2011.

Jesse James Jeter, Appellant Pro Se. Barbara A. Chesley, Shelton Webber

---

Haile, Mason Abram Summers, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse James Jeter seeks to appeal the district court's order adopting the magistrate judge's recommendation and denying his motion for entry of default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order that Jeter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*